UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,              )
            Plaintiff,                 )
                                       )
        v.                             )     Civil Action No.
                                       )     05-10925-RGS
1979 ROLLS ROYCE SILVER                )
WRAITH II, VEHICLE                     )
IDENTIFICATION NUMBER LRK 36784        )
WASHINGTON REGISTRATION                )
NUMBER 020PAW,                         )
            Defendant.                 )

## UNITED STATES' MOTION FOR ENTRY OF DEFAULT

The United States of America, by and through its attorney,

Michael J. Sullivan, United States Attorney for the District of

Massachusetts, hereby requests that default be entered pursuant to

Rule 55(a) of the Federal Rules of Civil Procedure against Henry L.

Smith, Bernard C. Houston, Jr., and all other persons claiming an

interest in the defendant vehicle, described as:

> a 1979 Rolls Royce Silver Wraith II, Vehicle
> Identification Number LRK 36784, Washington
> Registration Number 020PAW

for failure to file an answer or otherwise to defend, as provided

for in Rule C of the Supplemental Rules for Certain Admiralty and

Maritime Claims.  The failure to submit a verified claim justifies

the entry of default.  See United States v. One-Sixth Share of

James J. Bulger In All Present and Future Proceeds of Mass Millions

Lottery Ticket No. M246233, 326 F.3d 36, 40-41 (1st Cir. 2003

(failure to file a timely verified claim disqualifies putative

claimant from participating in civil forfeiture action).

In support of this application, the United States submits the attached Affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JENNIFER H. ZACKS
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA   02210
(617) 748-3100

Date: 7/21/05

SO ORDERED AND ALLOWED

_____
RICHARD G. STEARNS
United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, were served upon Harold V. Dutton, Jr., Esquire, counsel for Henry L. Smith, 100 The Houston Building, 2323 Caroline, Houston, TX 77004, Henry L. Smith, TDC # 13091111, Garza West Unit, 4250 Highway 202, Beeville, TX 78102, Bernard C. Houston, Jr., 3801 47th Avenue SW, Seattle, WA 98116, and Capitol One Auto Finance, Attn. Legal Resources, c/o Jeff Butler, 3905 Dallas Parkway, Plano, TX 75093 by first class mail, postage prepaid.

Jennifer H. Zacks
Assistant U.S. Attorney

Dated: 7/21/05