UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>1979 ROLLS ROYCE SILVER<br>WRAITH II, VEHICLE<br>IDENTIFICATION NUMBER LRK 36784<br>WASHINGTON REGISTRATION<br>NUMBER 020PAW,<br>      Defendant. | Civil Action No.<br>05-10925-RGS |

### FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed Plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the Plaintiff, the United States of America;

2. That the Defendant Vehicle, described herein as one 1979 Rolls Royce Silver Wraith II, Vehicle Identification Number LRK 36784 Washington Registration Number 020PAW (the "Defendant Vehicle"), is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(4);

3. That any claim of interest of Henry L. Smith, Bernard C. Houston, Jr., and any other parties claiming any right, title, or interest in or to the Defendant Vehicle, is hereby held in default and dismissed, having been defaulted on August 8, 2005;

4. That the United States of America, through the United States Marshals Service, shall retain the Defendant Vehicle in its

secure custody and control, and shall dispose of it in accordance with law;

    5.    That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

/s/ Richard G. Stearns

RICHARD G. STEARNS
United States District Judge

Date: Sept. 12, 2005